No. 21, Misc.   FRENCH v. DOWNIE, PRISON SUPERIN-
TENDENT, *ante*, p. 867.   Motion for leave to file petition
for rehearing and for other relief denied.

No. 965, October Term, 1960.   SING ET AL. v. FLORIDA,
366 U. S. 964.   Motion to supplement the record granted.
Petition for rehearing denied.

DECEMBER 4, 1961.

No. 79.   LEHIGH VALLEY COOPERATIVE FARMERS, INC.,
ET AL. v. UNITED STATES ET AL.   Certiorari, 366 U. S. 957,
to the United States Court of Appeals for the Third Cir-
cuit.   Motion of the Dairymen's League Cooperative
Association, Inc., et al. for leave to file brief, as *amici
curiae*, granted.   *Frederic P. Lee, John A. Cardon, Leslie
H. Deming, Frederick U. Conard, Jr., Thomas O. Berry-
hill, Reuben Hall* and *George M. St. Peter* on the motion.
*Willis F. Daniels* and *Donn L. Snyder* for petitioners, in
opposition.

No. 93.   UNITED STATES v. KOENIG.   Certiorari, *ante*,
p. 812, to the United States Court of Appeals for the Fifth
Circuit.   Motion of respondent for leave to proceed *in
forma pauperis* granted.

No. 150, Misc.   EDGERTON v. NORTH CAROLINA.   Motion
for leave to file petition for writ of habeas corpus denied.
Petitioner *pro se*.   *Thomas Wade Bruton,* Attorney Gen-
eral of North Carolina, and *Ralph Moody,* Assistant
Attorney General, for respondent.

No. 406, Misc.   LOTZ v. SACKS, WARDEN, ET AL.   Motion
for leave to file petition for writ of habeas corpus denied.
Treating the papers submitted as a petition for writ of
certiorari, certiorari denied.